United States District Court
Southern District of Texas
**ENTERED**
November 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T.B. Penick & Sons, Inc., Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-21-2907 |
| Reglia At The Park Development Company, LLC, Defendant. | § § § § | |

# ORDER

In accordance with the Notice of Final Dismissal With Prejudice filed on November 8, 2021 (docket entry no. 7), this action is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

SIGNED at Houston, Texas, on this 9th day of November, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE